1

2

3

4

5                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
6                            AT TACOMA

7   MILAUDI KARBOAU,

8                         Plaintiff,

         v.
9
    LOWELL CLARK, MACHOTTEN,
10  GEORGE WIGGEN, JANSSEN
    SADLER, LEE JARAMELIO, DALE
11  SHELLY, PORTER, JOSE
    MONCIVAISE, ERIC SMITH,
12  SNYDER, HAUBIEL, OSMAN             No. C12-5045 BHS/KLS
    KOUNTA, MACRTHER, DE GRAAFT,
13  MCCURDY, PAT LOVE, ALICIA          ORDER GRANTING APPLICATION TO
    SINGLETON, S. STEVENSON, U.S.      PROCEED IN FORMA PAUPERIS
14  DEPARTMENT OF HOMELAND
    SECURITY, IMMIGRATION AND
15  CUSTOMS ENFORCEMENT, ERIC H.
    HOLDER, JANET NAPOLITANO,
16  NEAL KLARK, JAMES BOENING,
    SAN MEGUEL, MASON, DE LA PAZ,
17  and FUENTES,

18                        Defendants.

19

20

21         Plaintiff Milaudi Karboau is currently detained at the Northwest Detention Center in

22  Tacoma, Washington.  After review of Plaintiff's application for leave to proceed *in forma*

23  *pauperis* (ECF No. 1), the undersigned finds that Plaintiff does not appear to have funds

24  available to afford the $350.00 court filing fee.  Accordingly, his motion to proceed *in forma*

25

26

    ORDER GRANTING IN FORMA PAUPERIS APPLICATION - 1

*pauperis* (ECF No. 1) shall be **GRANTED**.  The Clerk is directed to mail a copy of this Order to Plaintiff.

　　　　**DATED** this 17th day of February, 2012.

　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge