UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MILAUDI KARBOAU,<br><br>                    Plaintiff,<br>   v.<br><br>LOWELL CLARK, MACHOTTEN, GEORGE WIGGEN, JANSSEN SADLER, LEE JARAMELIO, DALE SHELLY, PORTER, JOSE MONCIVAISE, ERIC SMITH, SNYDER, HAUBIEL, OSMAN KOUNTA, MACRTHER, DE GRAAFT, MCCURDY, PAT LOVE, ALICIA SINGLETON, S. STEVENSON, U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, ERIC H. HOLDER, JANET NAPOLITANO, NEAL KLARK, JAMES BOENING, SAN MEGUEL, MASON, DE LA PAZ, and FUENTES,<br><br>                    Defendants. | No. C12-5045 BHS/KLS<br><br>ORDER DENYING MOTION FOR ISSUANCE OF SUBPOENAS |

Plaintiff Milaudi Karboau is currently detained at the Northwest Detention Center in Tacoma, Washington. Plaintiff has been granted leave to proceed *in forma pauperis* under separate order. ECF No. 8. Plaintiff's civil rights complaint is presently under review by the undersigned. *See Wong v. Bell,* 642 F.2d 359, 361 (9th Cir. 1981) (court "may act on its own initiative to note the inadequacy of a complaint and dismiss it for failure to state a claim" upon

ORDER - 1

which relief may be granted) (citing 5 C. Wright & A. Miller, Federal Practice and Procedure, s 1357 at 593 (1969)).   If the Court determines that the complaint is adequate, it will direct the Clerk to serve the complaint.  *See* Fed. R. Civ. P. 4(c)(3) (requiring the court to order service of process "if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 . . ."). If the Court determines that the complaint is inadequate, the Plaintiff will be given an opportunity to show cause or to file an amended complaint before the Clerk is directed to serve the complaint.  In either event, there is no need for the issuance of subpoenas.

Accordingly, it is **ORDERED:**

(1)   Plaintiff's motion for the issuance of subpoenas (ECF No. 7) is **DENIED.**

(2)   The Clerk shall send a copy of this Order to Plaintiff.

**DATED** this   17th   day of February, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2