UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MILAUDI KARBOAU,<br><br>                       Plaintiff,<br><br>   v.<br><br>LOWELL CLARK, MACHOTTEN, GEORGE WIGGEN, JANSSEN SADLER, LEE JARAMELIO, DALE SHELLY, PORTER, JOSE MONCIVAISE, ERIC SMITH, SNYDER, HAUBIEL, OSMAN KOUNTA, MACRTHER, DE GRAAFT, MCCURDY, PAT LOVE, ALICIA SINGLETON, S. STEVENSON, U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, ERIC H. HOLDER, JANET NAPOLITANO, NEAL KLARK, JAMES BOENING, SAN MEGUEL, MASON, DE LA PAZ, and FUENTES,<br><br>                       Defendants. | No. C12-5045 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

      By Order dated February 17, 2012, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the court's order. ECF No. 10. Plaintiff was given a deadline to amend or show cause by March 23, 2012. *Id.* On March 22, 2012, Plaintiff filed a motion for extension of time requesting a 60 day extension. ECF No. 12. He states he needs additional time as he is also

ORDER - 1

working on pending immigration deportation proceedings and is awaiting legal materials pertinent to his case from the American Bar Association. *Id.*

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension of time (ECF No. 10) is **GRANTED**.

(2) Plaintiff must show cause or file his amended complaint on or before **May 22, 2012**, or the Court will recommend dismissal of this action.

(3) The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this 29th day of March, 2012.

Karen L. Strombom
United States Magistrate Judge