|     |     |
| --- | --- |
| MILAUDI KARBOAU,<br><br>                Plaintiff,<br><br>  v.<br><br>LOWELL CLARK, MACHOTTEN, GEORGE WIGGEN, JANSSEN SADLER, LEE JARAMELIO, DALE SHELLY, PORTER, JOSE MONCIVAISE, ERIC SMITH, SNYDER, HAUBIEL, OSMAN KOUNTA, MACRTHER, DE GRAAFT, MCCURDY, PAT LOVE, ALICIA SINGLETON, S. STEVENSON, U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, ERIC H. HOLDER, JANET NAPOLITANO, NEAL KLARK, JAMES BOENING, SAN MEGUEL, MASON, DE LA PAZ, and FUENTES,<br><br>                Defendants. | No. C12-5045 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

By Order dated February 17, 2012, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order. ECF No. 10. Plaintiff was given a deadline to amend or show cause by March 23, 2012. *Id.* On March 22, 2012, Plaintiff filed a motion for extension of time requesting a 60 day extension. ECF No. 12. He stated he needed additional time as he is also working on pending immigration deportation proceedings and is awaiting legal materials

ORDER - 1

pertinent to his case from the American Bar Association. *Id.* The Court granted him an extension until May 22, 2012. ECF No. 3. Plaintiff now requests another 90 day extension of time to respond to the Court's Order. ECF No. 14. Plaintiff states that he is no longer in custody, is physically disabled, is homeless, and was without his documents for two weeks. ECF No. 14.

The Court finds that Plaintiff has had ample time to show cause or to file an amended complaint in this matter. However, it will grant Plaintiff another short extension of time.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension of time (ECF No. 14) is **GRANTED in part**.

(2) Plaintiff must show cause or file his amended complaint on or before **July 6, 2012**, or the Court will recommend dismissal of this action. No further extensions of time will be granted.

(3) The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this  4th  day of June, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2