UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MILAUDI KARBOAU,

          Plaintiff,

v.

LOWELL CLARK, et al.,

          Defendants.

CASE NO. C12-5045 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 21) and Plaintiff Milaudi Karboau's ("Karboau") motion for an extension of time to retain an attorney (Dkt. 22).

On October 9, 2012, Judge Strombom issued the R&R recommending that the Court dismiss Karboau's complaint without prejudice and with leave to amend. Dkt. 21. On October 22, 2012, Karboau filed a motion for an extension of time to retain an attorney. Dkt. 22. Karboau has been granted multiple extensions and has had more than sufficient time to retain an attorney in this matter. Therefore, the Court denies his motion for an extension of time.

ORDER - 1

With regard to the R&R, the Court agrees with Judge Strombom's recommendations. Therefore, the Court having considered the R&R and the remaining record, does hereby find and order as follows:

(1) Karboau's motion for an extension of time (Dkt. 22) is **DENIED**;

(2) The R&R is **ADOPTED**;

(3) Karboau's complaint is **DISMISSED without prejudice** and **with leave to amend**; and

(4) The matter is referred to Judge Strombom for further proceedings, including consideration of an appropriate deadline for Karboau to file an amended complaint.

Dated this 30th day of October, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge