1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MILAUDI KARBOAU,

                    Plaintiff,

    v.

LOWELL CLARK, MACHOTTEN, GEORGE WIGGEN, JANSSEN SADLER, LEE JARAMELIO, DALE SHELLY, PORTER, JOSE MONCIVAISE, ERIC SMITH, SNYDER, HAUBIEL, OSMAN KOUNTA, MACRTHER, DE GRAAFT, MCCURDY, PAT LOVE, ALICIA SINGLETON, S. STEVENSON, U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, ERIC H. HOLDER, JANET NAPOLITANO, NEAL KLARK, JAMES BOENING, SAN MEGUEL, MASON, DE LA PAZ, and FUENTES,

                    Defendants.

No. C12-5045 BHS/KLS

**ORDER SETTING DEADLINE FOR FILING OF AMENDED COMPLAINT**

     This matter has been referred to the undersigned for further proceedings. ECF No. 23. The District Court has ordered that Plaintiff's complaint be dismissed without prejudice and with leave to amend consistent with this Court's Report and Recommendation. See ECF Nos. 21 and 23. Accordingly, it is **ORDERED**:

     1)    Plaintiff shall file an amended complaint **on or before November 30, 2012, as to Claims One, Two, Three, Five, and Seven (Retaliation, Due Process, Access to Courts) against GEO Defendants Moncivaise, Shelly, Sadler, Salere, and Jaramillo only.** If Plaintiff fails to do so

ORDER - 1

within the time provided in this Order or if the Court finds that Plaintiff's amended complaint remains deficient, this case shall be dismissed.

2) The Clerk is directed to send copies of this Order to Plaintiff.

**DATED** this <u>8th</u> day of November, 2012.

                                                Karen L. Strombom
                                                United States Magistrate Judge