UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MILAUDI KARBOAU,<br><br>                               Plaintiff,<br><br>    v.<br><br>LOWELL CLARK, MACHOTTEN, GEORGE WIGGEN, JANSSEN SADLER, LEE JARAMELIO, DALE SHELLY, PORTER, JOSE MONCIVAISE, ERIC SMITH, SNYDER, HAUBIEL, OSMAN KOUNTA, MACRTHER, DE GRAAFT, MCCURDY, PAT LOVE, ALICIA SINGLETON, S. STEVENSON, U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, ERIC H. HOLDER, JANET NAPOLITANO, NEAL KLARK, JAMES BOENING, SAN MEGUEL, MASON, DE LA PAZ, and FUENTES,<br><br>                               Defendants. | No. C12-5045 BHS/KLS<br><br>**ORDER EXTENDING DEADLINE FOR FILING OF AMENDED COMPLAINT** |

On November 8, 2012, Plaintiff was directed to file an amended complaint on or before November 30, 2012. ECF No. 24. On December 5, 2012, Plaintiff filed a motion asking the Court to extend this deadline because he was having problems with his email and did not receive timely notice of the Court's Order.

Accordingly, it is **ORDERED**:

1) Plaintiff's motion for extension (ECF No. 25) is **GRANTED.** Plaintiff shall file an amended complaint **on or before December 28, 2012, as to Claims One, Two, Three, Five, and Seven (Retaliation, Due Process,**

ORDER - 1

**Access to Courts) against GEO Defendants Moncivaise, Shelly, Sadler, Salere, and Jaramillo only.** If Plaintiff fails to do so within the time provided in this Order or if the Court finds that Plaintiff's amended complaint remains deficient, this case shall be dismissed.

2) The Clerk is directed to send copies of this Order to Plaintiff.

**DATED** this  6th  day of December, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2