UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MILAUDI KARBOAU,

        Plaintiff,

v.

LOWELL CLARK, et al.,

        Defendants.

CASE NO. C12-5045 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT, AND REREFERING FOR FURTHER PROCEEDINGS

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 28), and Plaintiff Milaudi Karboau's ("Karboau") objections to the R&R (Dkt. 29).

    On February 13, 2013, Judge Strombom issued the R&R recommending that the Court dismiss the majority of Karboau's complaint without prejudice and without leave to amend. Dkt. 28. On February 26, 2013, Karboau filed objections arguing that he was a victim and requesting that he be appointed an attorney. Dkt. 29. The Court finds that the objections are without merit.

    Therefore, the Court having considered the R&R, Karboau's objections, and the remaining record, does hereby find and order as follows:

ORDER - 1

(1) The R&R is **ADOPTED**;

(2) Karboau's complaint is **DISMISSED without prejudice** and **without leave to amend**, except Claims Two, Three, and Five; and

(3) The case is **REREFERED** for further proceedings, including setting a due date for Karboau's to file an amended complaint consistent with the R&R.

Dated this 27th day of March, 2013.

BENJAMIN H. SETTLE
United States District Judge