1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

MILAUDI KARBOAU,

8                              Plaintiff,

9    v.

10   LOWELL CLARK, et al.,

11                              Defendants.

12

CASE NO. C12-5045 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION,
DISMISSING COMPLAINT, AND
REREFERING FOR FURTHER
PROCEEDINGS

13         This matter comes before the Court on the Report and Recommendation ("R&R")

14   of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 28), and

15   Plaintiff Milaudi Karboau's ("Karboau") objections to the R&R (Dkt. 29).

16         On February 13, 2013, Judge Strombom issued the R&R recommending that the

17   Court dismiss the majority of Karboau's complaint without prejudice and without leave

18   to amend.  Dkt. 28.  On February 26, 2013, Karboau filed objections arguing that he was

19   a victim and requesting that he be appointed an attorney.  Dkt. 29.  The Court finds that

20   the objections are without merit.

21         Therefore, the Court having considered the R&R, Karboau's objections, and the

22   remaining record, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Karboau's complaint is **DISMISSED without prejudice** and **without leave to amend**, except Claims Two, Three, and Five; and

(3)     The case is **REREFERED** for further proceedings, including setting a due date for Karboau's to file an amended complaint consistent with the R&R.

Dated this 27th day of March, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2