UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MILAUDI KARBOAU,<br><br>                              Plaintiff,<br><br>   v.<br><br>LOWELL CLARK, MACHOTTEN, GEORGE WIGGEN, JANSSEN SADLER, LEE JARAMELIO, DALE SHELLY, PORTER, JOSE MONCIVAISE, ERIC SMITH, SNYDER, HAUBIEL, OSMAN KOUNTA, MACRTHER, DE GRAAFT, MCCURDY, PAT LOVE, ALICIA SINGLETON, S. STEVENSON, U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, ERIC H. HOLDER, JANET NAPOLITANO, NEAL KLARK, JAMES BOENING, SAN MEGUEL, MASON, DE LA PAZ, and FUENTES,<br><br>                             Defendants. | No. C12-5045 BHS/KLS<br><br>**ORDER SETTING DEADLINE FOR FILING OF AMENDED COMPLAINT** |

On February 13, 2013, the undersigned issued a Report and Recommendation (R&R) recommending that the Court dismiss the majority of Plaintiff's complaint without leave to amend, except as to those claims identified as Claims Two, Three, and Five in Plaintiff's Amended Complaint (ECF No. 27, pp. 7-9). ECF No. 28. On March 27, 2013, the District Court adopted the R&R and dismissed Plaintiff's complaint without leave to amend, except as to Claims Two, Three, and Five. ECF No. 30.

Accordingly, it is **ORDERED:**

ORDER - 1

1) Plaintiff shall file an amended complaint **in accordance with this Court's Orders (ECF Nos. 28 and 30), as to Claims Two, Three, and Five only on or before April 26, 2013.** If Plaintiff fails to do so within the time provided in this Order or if the Court finds that Plaintiff's amended complaint remains deficient, this case shall be dismissed.

2) The Clerk is directed to send copies of this Order to Plaintiff.

**DATED** this 29th day of March, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2